UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HEATHER SPRINGMAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 23-CV-2035 |
| ) | |
| HEARTLAND APPLE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the court on the parties' Joint Motion for Approval of Settlement and Release (#27), filed pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b). In their Motion, the parties ask the court to approve, as fair and reasonable, the proposed settlement reached by the parties and memorialized in the Settlement Agreement and Release of All Wage Claims ("Settlement Agreement") (#27-1).

Having reviewed the Motion, the Settlement Agreement, the Declaration of Plaintiff's Counsel Hans A. Nilges (#27-3), and the pleadings and papers on file, and for good cause established therein, the court approves the Settlement and Settlement Agreement, and finds as follows:

1. The captioned lawsuit asserted minimum wage claims under the Fair Labor Standards Act of 1938 and the Illinois Minimum Wage Law, 820 Ill. Comp. Stat. 105/1, et seq.

2. The proposed Settlement is a fair and reasonable resolution of a bona fide dispute and satisfies the standard for approval under the FLSA.

3. The court approves the Settlement Agreement and orders that the Settlement be implemented according to the terms and conditions of that Agreement.

4. The court dismisses the individual claims of Plaintiff with prejudice but dismisses the claims as to putative collective and class members without prejudice. The court hereby enters final judgment. The court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order and Final Judgment immediately.

5. The Court retains jurisdiction over this action to enforce the terms of the Settlement, including the payment plan as outlined in the Settlement Agreement.

6. The parties' Joint Motion for Approval of Settlement and Release (#27) is GRANTED. This matter is TERMINATED.

ENTERED this 16th day of August, 2023.

s/Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE