Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Springman,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 23-2035 |
| | ) |
| **Heartland Apple Inc,** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the parties' Settlement Agreement be implemented according to the terms and conditions of that Agreement. The court dismisses the individual claims of Plaintiff with prejudice but dismisses the claims as to putative collective and class members without prejudice.

**Dated: August 16, 2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court